# Court of Appeals
# of the State of Georgia

ATLANTA, _July 17, 2020_

*The Court of Appeals hereby passes the following order:*

**A20E0048. NANCE v. HOUSTON COUNTY SCHOOL DISTRICT, et al.**

On July 17, 2020, Dr. Sherri Nance filed an "Emergency Motion for Writ of Supersedeas" from the trial court's order denying her petition for "writ of mandamus, petition for writ of prohibition, temporary restraining order, injunction and/or declaratory relief." Court of Appeals Rule 40 (b) provides that "[i]n the exercise of its inherent power this Court may issue such orders or give such direction as to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot. This power shall be exercised sparingly." After careful review and consideration, we find that Nance has failed to show that the matter comes within the purview of Rule 40 (b). Therefore, her motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_07/17/2020_*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*